UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LAURA ARISTIZABAL,

                Plaintiff,              **ORDER**

    - against -                      7:24-cv-04582-NSR

IRVINGTON LAUNDRY & CLEANERS, INC. and
JOHN KIM

                Defendants.

-----------------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED:  1/30/2025

Román, D.J.:

    The Court having been informed that the court-ordered mediation in this case was held and an agreement was reached on all issues, it is ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the agreement not be consummated within thirty (30) days of the date hereof.

    The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the agreement to the Court within the next 30 days with a request that the agreement be "so ordered" by the Court.

Dated:    January 30, 2025
           White Plains, New York

SO ORDERED.

_____
Nelson S. Román, U.S.D.J.